IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | |
|---|---|
| DHARMENDRA KUMAR | : |
| Plaintiff, | : |
| v. | : Case No: ELH-20-1497 |
| FIRST ABU DHABI BANK USA N.V. | : |
| Defendant. | : |

**ORDER**

UPON CONSIDERATION of Defendant First Abu Dhabi Bank USA N.V.'s Motion for Final Judgment and the record herein, it is, this 18th day of Dec 2020;

ORDERED, that Defendant's Motion for Final Judgment is hereby **GRANTED**; and it is further,

ORDERED, the Clerk is directed to **CLOSE** the case.

SO ORDERED.

Date: 12/18/20

Judge Ellen L. Hollander
United States District Court

3